STATE OF NEW JERSEY v. CHARLES L. PERRY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LINDSEY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD WHEELER.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE SHAW.

November 2, 1987.

Petition for certification denied.

JAMES MONTEMARANO v. HOWARD L. BEYER.

November 2, 1987.

Petition for certification denied.